UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY SAHAGUN,
Plaintiff,

v.

DEPUTY THOMPSON, et al.,
Defendants.

Case No. 25-cv-10675-PCP

**ORDER OF DISMISSAL**

On June 30, 2026, the Court dismissed Plaintiff's complaint in part and served it in part. Dkt. No. 8. A copy of this order was sent to Plaintiff. *See id*. This order was returned to the Court as undeliverable on July 15, 2026, with a note that Plaintiff was "not in custody." *See* Dkt. No. 10. Subsequent orders sent to Plaintiff have likewise been returned with notes that the Plaintiff is no longer in custody. *See* Dkt. No. 11, 17.

The Court's orders were sent to Plaintiff at the address he provided. *Compare* Dkt. No. 1 *with* Dkt. Nos. 8, 16. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the initial mail item was returned to the Court undelivered, and the Court has received no communication from Plaintiff.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

United States District Court
Northern District of California

This action is DISMISSED without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file a notice of his change of address with the Court **and** a motion with the words MOTION TO REOPEN written on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 9, 2026

P. Casey Pitts
United States District Judge